*/3*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Dewayne Gee
12772 Washburn St
Detroit MI, 48238

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Case: 5:25-cv-11599
Assigned To : Levy, Judith E.
Referral Judge: Patti, Anthony P.
Assign. Date : 5/30/2025
Description: CMP GEE V. BANK OF AMERICA ET AL (MC)

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

v.

Bank of America
100 N Tryon Street
Charlotte, NC 28255

CHex Systems Inc
7805 Hudson Rd Suite 100
Woodbury, MN 55125

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: Dewyne Gree
Street Address: 12772 washban St
City and County: Detroit Wayne
State and Zip Code: MI 48238
Telephone Number: 248 978-2101
E-mail Address: BBINC 904@gmail.com

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name: Bank of America
Job or Title (if known):
Street Address: 100 North Tryon Street
City and County: Charlotte
State and Zip Code: North Carolina 28255
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: CHex Systems Inc
Job or Title (if known):
Street Address: 7805 Hudson Rd st 100
City and County: Woodbury MN 55125
State and Zip Code: MN 55125
Telephone Number:
E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

    Name                                _____

    Job or Title
(if known)              _____

    Street Address     _____

    City and County   _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address
(if known)              _____

Defendant No. 4

    Name                                _____

    Job or Title
(if known)              _____

    Street Address     _____

    City and County   _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address
(if known)              _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

**A.**   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.**   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
The plaintiff, *(name)* Dewayne Gee ,
is a citizen of the State of *(name)* Michigan .

   b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

   b.   If the defendant is a corporation
The defendant, *(name)* Bank of America , is incorporated
under the laws of the State of *(name)* North Carolina , and
has its principal place of business in the State of *(name)*
North Carolina . *Or is incorporated under the laws of
(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

**Additional Defendant - ChexSystems, Inc.**

2. The Defendant(s)

b. If the defendant is a corporation

The defendant, ChexSystems, Inc., is incorporated

under the laws of the State of Minnesota, and

has its principal place of business in the State of Minnesota.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes
or the amount at stake—is more than $75,000, not counting interest and costs of
court, because *(explain)*:

100,000 Loss of Income

Because the False Fraud Claim By Bank of America and contined reporting
by creogiters Cused me to be denied a consumer trukloan  I lost the ability
servakeat last 100,000 in income from my busless.

III.   **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly
as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

**Attachment to Section III - Statement of Claim**

1. I, Dewayne Gee, am the owner of a trucking company based in Detroit, Michigan.

   I rely on commercial bank accounts and equipment financing to run and expand my trucking business.


2. In or around 2022, Bank of America falsely labeled me as having committed fraud

   related to a prior unemployment account. This report was made to ChexSystems without

   sufficient evidence, due process, or any actual proof of fraudulent conduct.


3. I disputed this information with ChexSystems, as required under the Fair Credit Reporting Act (FCRA),

   and ChexSystems failed to properly reinvestigate and continued reporting the false fraud flag.


4. As a result, I have been denied the ability to open new business bank accounts and obtain truck financing.

   Specifically, I was denied a loan for a commercial truck that would have allowed me to generate

   at least $100,000 in annual revenue.


5. Both Bank of America and ChexSystems have caused direct financial harm by continuing to report inaccurate,

   misleading, and unverified negative information in violation of federal law.


6. The false reporting has interfered with my business operations, damaged my professional reputation,

   and caused me emotional distress and lost income opportunities.

7. I am seeking damages of $100,000 for lost income, reputational harm, emotional distress, and business interference

caused by the Defendants' failure to comply with the FCRA and other applicable federal laws.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _May 30_, 20_25_.

Signature of Plaintiff _____

Printed Name of Plaintiff _____Dewayne Gee_____

6

**IV. Relief**

I am requesting damages in the amount of $100,000 as compensation for:

1. Lost business income resulting from my inability to secure commercial truck financing due to false fraud reporting by Bank of America and ChexSystems;

2. Emotional distress and mental anguish caused by ongoing denial of banking services;

3. Damage to my business reputation and disruption of my ability to operate and grow my trucking company;

4. I further request punitive damages for the willful failure to conduct a proper investigation and the reckless disregard of my rights under the Fair Credit Reporting Act (FCRA);

5. I request any equitable relief the Court deems appropriate, including an order requiring ChexSystems to delete the inaccurate fraud label from my record.

## PURSUANT TO LOCAL RULE 83.11

1.         Is this a case that has been previously dismissed?          ☐ Yes
                                                                       ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.         Other than stated above, are there any pending or previously          ☐ Yes
           discontinued or dismissed companion cases in this or any other          ☐ No
           court, including state court? (Companion cases are matters in which
           it appears substantially similar evidence will be offered or the same
           or related parties are present and the cases arise out of the same
           transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Dwayne Gee
1272 Leighton St
Detroit MI 48238

## DEFENDANTS

Bank of America
100 N Tryon St NC 28255

Check Dollar Inc
7805 Hudson Rd Ste 100 woodbus MN 55125

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | **PERSONAL INJURY** | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☒ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☒ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

*(SOCIAL SECURITY column):*
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
15 USC 1681

Brief description of cause:
Truth in Lending 15 USC 1692

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE 5-29-25

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____